*E-Filed 2/25/11*

SPILLANE WEINGARTEN LLP
Jay M. Spillane (Bar No. 126364)
jspillane@spillaneweingarten.com
Alex M. Weingarten (Bar No. 204410)
aweingarten@spillaneweingarten.com
Eric B. Carlson (Bar No. 193401)
ecarlson@spillaneweingarten.com
1100 Glendon Avenue, Suite 1200
Los Angeles, California 90024
(310) 229-9300
(310) 229-9380 (fax)

INITIATIVE LEGAL GROUP APC
Marc Primo (Bar No. 216796)
mprimo@initiativelegal.com
Darrel Menthe (Bar No. 186252)
dmenthe@initiativelegal.com
Gene Williams (Bar No. 211390)
gwilliams@initiativelegal.com
Mark Pifko (Bar No. 228412)
mpifko@initiativelegal.com
1800 Century Park East, 2nd Floor
Los Angeles, CA 90067
(310) 556-5637
(310) 861-9051 (fax)

Attorneys for Plaintiffs and Class Members

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBYN COHEN, SHANNON STOLLER, CHRISTOPHER MARSHALL, BRYAN SIGLOCK, and DEBRA LEWIN, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC., a Delaware corporation,<br>Defendant. | Case No. 3:10 CV 05282 RS<br><br>[~~PROPOSED~~] ORDER CONSOLIDATING CASE MANAGEMENT CONFERENCE AND MOTION TO DISMISS HEARING<br><br>Date:   March 3, 2011<br>Time:   1:30 p.m.<br>Crtrm:  3<br>Judge:  The Hon. Richard Seeborg<br><br>Complaint filed:  November 22, 2010 |

The Court, having reviewed the parties' Stipulation Consolidating Case Management Conference and Motion to Dismiss Hearing, filed February 23, 2011, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Case Management Conference scheduled to be heard at 10:00 a.m. on March 3, 2011 in the above referenced matter is continued to 1:30 p.m. on March 3, 2011, to be held concurrently with Facebook's Motion to Dismiss hearing already scheduled for that time**.**

DATED: _2/24/11__                    _____
                                                        The Hon. Richard Seeborg
                                                        United States District Judge