| | |
|---|---|
| COOLEY LLP | INITIATIVE LEGAL GROUP APC |
| MICHAEL G. RHODES (116127) | MARC PRIMO (216796) |
| (rhodesmg@cooley.com) | (mprimo@initiativelegal.com) |
| MATTHEW D. BROWN (196972) | RAUL PEREZ (Bar No. 174687) |
| (brownmd@cooley.com) | rperez@initiativelegal.com |
| 101 California Street, 5th Floor | 1800 Century Park East, 2nd Floor |
| San Francisco, CA  94111-5800 | Los Angeles, California 90067 |
| Telephone:   (415) 693-2000 | Telephone:   (310) 556-5637 |
| Facsimile:    (415) 693-2222 | Facsimile:    (310) 861-9051 |
| Attorneys for Defendant Facebook, Inc. | Attorneys for Plaintiffs |

SPILLANE WEINGARTEN LLP
JAY M. SPILLANE (126364)
(jspillane@spillaneweingarten.com)
ALEX M. WEINGARTEN (204410)
(aweingarten@spillaneweingarten.com)
ERIC B. CARLSON (193401)
(ecarlson@spillaneweingarten.com)
1100 Glendon Avenue, Ste 1200
Los Angeles, California 90024
Telephone:   (310) 229-9300
Facsimile:    (310) 229-9380

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBYN COHEN, SHANNON STOLLER, CHRISTOPER MARSHALL, BRYAN SIGLOCK, and DEBRA LEWIN, individually and on behalf of others similarly situated,<br><br>           Plaintiffs,<br><br>           v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>           Defendant. | Case No. 10-cv-05282-RS<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING BRIEFING AND HEARING SCHEDULE (CIV. L.R. 6-1(B))**<br><br>Courtroom:    3<br>Judge:           Richard Seeborg<br>Trial Date:    None Set |

This Stipulation is entered into by and among plaintiffs Robyn Cohen, Shannon Stoller, Christopher Marshall, Bryan Siglock, and Debra Lewin (collectively "Plaintiffs") and defendant

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE
BRIEFING & HEARING SCHEDULE
CASE NO. 10-CV-05282 RS

1  Facebook, Inc. ("Facebook") (Plaintiffs and Facebook collectively "the Parties"), by and through
2  their respective counsel.

3  WHEREAS, on June 28, 2011 this Court dismissed Plaintiffs' Complaint with leave to
4  amend;

5  WHEREAS, on July 18, 2011, Plaintiffs filed a First Amended Class Action Complaint
6  ("First Amended Complaint");

7  WHEREAS, on July 21, 2011, Facebook filed a Motion for Protective Order seeking to
8  stay discovery until resolution of Facebook's then-planned Motion to Dismiss the First Amended
9  Complaint ("Motion to Dismiss");

10  WHEREAS, on August 1, 2011, Facebook filed its Motion to Dismiss;

11  WHEREAS, Facebook's Motion for Protective Order was noticed and is currently
12  scheduled for hearing on August 25, 2011, at 1:30 p.m.;

13  WHEREAS, Facebook's Motion to Dismiss was noticed and is currently scheduled for
14  hearing on September 8, 2011, at 1:30 p.m.;

15  WHEREAS, the Parties are continuing to engage in meet-and-confer discussions
16  regarding discovery issues, including a discovery schedule, which relate to the issues presented
17  by Facebook's Motion for Protective Order;

18  WHEREAS, Facebook's counsel now has a conflict with a hearing in another case
19  scheduled by court order for the same date and time as the hearing on Facebook's Motion to
20  Dismiss (i.e., September 8, 2011, at 1:30 p.m.) but in a different courthouse (the hearing in the
21  other case having been ordered continued by the court from September 1 to September 8);

22  WHEREAS, the short, agreed-to extensions of time for the briefing and hearing of these
23  motions will enable the Parties to provide better and more helpful briefing to the Court and will
24  not affect any other aspect of the case schedule;

25  NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

26  1.  The deadline for Facebook's Reply in support of Motion for Protective Order is
27  extended to and including August 18, 2011; and

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION & [PROPOSED] ORDER RE
BRIEFING & HEARING SCHEDULE
CASE NO. 10-CV-05282 RS

2. The hearing on Facebook's Motion for Protective Order is continued by one week to September 1, 2011, at 1:30 p.m.; and

3. The deadline for Plaintiffs' Opposition to Facebook's Motion to Dismiss is extended to and including August 23, 2011; and

4. The deadline for Facebook's Reply in support of its Motion to Dismiss is extended to and including September 1, 2011; and

5. The hearing on Facebook's Motion to Dismiss is continued by one week to September 15, 2011, at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: August 10, 2011         COOLEY LLP

/s/ Matthew D. Brown
Matthew D. Brown
Attorneys for Defendant FACEBOOK, INC.

Dated: August 10, 2011         SPILLANE WEINGARTEN LLP
                               INITIATIVE LEGAL GROUP APC

/s/ Jay M. Spillane
Jay M. Spillane
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: August __11__, 2011

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIPULATION & [PROPOSED] ORDER RE
BRIEFING & HEARING SCHEDULE
CASE NO. 10-CV-05282 RS