ROBERT S. ARNS (#65071, rsa@arnslaw.com)
JONATHAN E. DAVIS (#191346, jed@arnslaw.com)
STEVEN R. WEINMANN (#190956, srw@arnslaw.com)
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800
Fax:   (415) 495-7888

JONATHAN M. JAFFE (# 267012, jmj@jaffe-law.com)
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 94705
Tel:   (510) 725-4293
Fax:   (510) 868-3393

Attorneys for Angel Fraley, et al.

\*\*E-Filed 8/16/11\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBYN COHEN; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendants. | **Case No. 10-cv-05282 RS**<br><br>**STIPULATION AND [‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑] ORDER ENLARGING TIME TO FILE OPPOSITION TO MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Courtroom: 3<br>Judge: Hon. Richard Seeborg<br>Trial Date: None Set |

This Stipulation is entered into by and among plaintiffs Angel Fraley; Paul Wang; Susan Mainzer; James H. Duval, a minor, by and through James Duval, as Guardian ad Litem; and William Tait, a minor, by and through Russell Tait, as Guardian ad Litem, who are the putative class representatives in *Fraley v. Facebook, Inc.*, No. CV-11-01726 LHK, N.D. Cal. (collectively "Fraley Plaintiffs") and defendant Facebook, Inc. ("Facebook") (Plaintiffs and Facebook collectively "the Parties"), by and through their respective counsel.

WHEREAS, extending the date for the Fraley Plaintiffs in this matter to respond to the Administrative Motion to Consider Whether Cases Should Be Related will not alter the date of any event or deadline already fixed by Court order, nor have there been prior modifications to this time; and

WHEREAS, the Fraley Plaintiffs desire additional time to fully brief the issues raised in the Administrative Motion,

NOW, THEREFORE, the Parties hereby stipulate and agree that the Fraley Plaintiffs' deadline to respond to the Administrative Motion to Consider Whether Cases Should Be Related is extended to and including August 19, 2011.

**IT IS SO STIPULATED.**

Dated: August 12, 2011

**COOLEY LLP**
By: / s / Jeffrey M. Gutkin
Jeffrey M. Gutkin (216083)
*Attorneys for Defendant FACEBOOK, INC.*

**THE ARNS LAW FIRM**
By: / s / Robert S. Arns
ROBERT S. ARNS (65071)
JONATHAN E. DAVIS (191346)
STEVEN R. WEINMANN (190956)

**JONATHAN JAFFE LAW**
By   /s/ Jonathan M. Jaffe
JONATHAN M. JAFFE, ESQ.(267012)

Attorneys for Plaintiffs

-2-
**Stipulation and [Proposed] Order Enlarging Time to File Opposition To Motion To Consider Whether Cases Should Be Related**

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, STEVEN R. WEINMANN, attest that concurrence in the filing of this Stipulation to Enlarge Time to File Opposition to Motion to Consider Whether Cases Should Be Related, pursuant to Local Rule 6-1(b), has been obtained from each of the other signatories.

/ s / Steven R. Weinmann
Steven R. Weinmann

**ORDER**

The Court having considered the above agreement, and for good cause,

**IT IS SO ORDERED.**

Dated: August 16, 2011

Hon. Richard Seeborg
**United States District Court Judge**