SPILLANE WEINGARTEN LLP
Jay M. Spillane (Bar No. 126364)
jspillane@spillaneweingarten.com
Alex M. Weingarten (Bar No. 204410)
aweingarten@spillaneweingarten.com
Eric B. Carlson (Bar No. 193401)
ecarlson@spillaneweingarten.com
1100 Glendon Avenue, Suite 1200
Los Angeles, California 90024
(310) 229-9300
(310) 229-9380 (fax)

INITIATIVE LEGAL GROUP APC
Marc Primo (Bar No. 216796)
mprimo@initiativelegal.com
Raul Perez (Bar No. 174687)
rperez@initiativelegal.com
Robert E. Byrnes (Bar No. 200761)
rbyrnes@initiativelegal.com
1800 Century Park East, 2nd Floor
Los Angeles, CA 90067
(310) 556-5637
(310) 861-9051 (fax)

Attorneys for Plaintiffs and Class Members

**E-FILED 8/16/11**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBYN COHEN, SHANNON STOLLER, CHRISTOPHER MARSHALL, BRYAN SIGLOCK, and DEBRA LEWIN, individually and on behalf of others similarly situated,<br><br>            Plaintiffs,<br><br>       vs.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>            Defendant. | Case No.: 3:10-cv-05282-RS<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO RELATE CASES AND [~~PROPOSED~~] ORDER |

1  The stipulation is entered into between Plaintiffs and Defendant Facebook
2  Inc. ("Facebook").
3  WHEREAS Facebook served its "Administrative Motion To Consider
4  Whether Cases Should Be Related" (the "Motion") in the evening on Thursday
5  August 11, 2011; and
6  WHEREAS absent an extension of time, response to the Motion would
7  be due on Monday August 15, 2011; and
8  WHEREAS Plaintiffs' counsel would like additional time to consider the
9  Motion, confer with one another and confer with counsel in the other putatively
10 related actions, such that the response to the Motion would be due on Friday
11 August 19, 2011, which request Facebook does not oppose; and
12 WHEREAS Facebook has already stipulated with plaintiffs in one of the
13 putatively related cases, *Fraley*, to an extension of time to respond to the
14 Motion until August 19, 2011;
15 WHEREFORE the parties, through counsel of record, stipulate subject to
16 order of the Court that Plaintiffs in this action may have until Friday August 19,
17 2011 to file their response to the Motion.

19 DATED:  August 15, 2011        SPILLANE WEINGARTEN LLP

21                                INITIATIVE LEGAL GROUP APC

                                   Digitally signed by Jay M. Spillane
                                   DN: cn=Jay M. Spillane, o=Spillane
                                   Weingarten LLP, ou,
                                   email=jspillane@spillaneweingarten.com, c=US
                                   Date: 2011.08.15 13:04:49 -07'00'
                   By: _____
                        Jay M. Spillane
25                      Attorneys for Plaintiffs and Class Members

Stipulation Extending Time to Respond to Motion to Relate – 3:10-cv-05282-RS

- 1 -

DATED: August 15, 2011    COOLEY LLP

By: ___/s/ Matthew D. Brown_____
Matthew D. Brown
Attorneys for Defendant Facebook Inc.

**ORDER**

It is so ordered.

Dated: 8/16/2011

_____
Hon. Richard Seeborg