**\*\*E-filed 8/23/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBYN COHEN, et al., | No. C 10-5282 RS |
| Plaintiffs, | |
| v. | **ORDER RE MOTION FOR RELATED CASE DETERMINATION** |
| FACEBOOK, INC., | |
| Defendant. | |

On August 11, 2011, defendant Facebook, Inc. filed a motion under Civil Local Rule 3-12 purporting to seek an order that would relate *Downey v. Facebook, Inc*., No. 11-cv-03287 LHK ("*Downey*"), both to this action ("*Cohen*"), and to *Fraley v. Facebook, Inc*., No. 11-cv-01726 LHK ("*Fraley*"). On its face, the wording of the motion appeared to imply that *Cohen* and *Fraley* are already deemed to be "related," when in fact they are not, as they are pending before two different judges. The Court was prepared to disregard the unusual phrasing, and to construe the motion as seeking an order relating both *Fraley* and *Downey* to *Cohen*. The Court, of course, would not have been obliged to conclude that *Fraley* and *Downey* were similarly situated, and it could have decided to relate, either, both, or neither, to *Cohen,* as might be warranted.

On August 22, 2011, however, Facebook filed a notice that it is withdrawing its motion to relate, based on the fact that *Downey* has been voluntarily dismissed.   The notice of withdrawal

does not request any determination as to whether *Fraley* should be related to *Cohen*. Rather, it appears to be intended to withdraw the prior motion in its entirety.

Because Facebook's intent is not entirely clear, the parties are advised of the following: at this juncture there is no pending motion to relate *Fraley* to *Cohen.* The two cases remain assigned to different judges. If any party is of the view that *Fraley* should be related to *Cohen* and reassigned to the undersigned, it is incumbent on that party to file a new motion to relate the cases under Rule 3-12. Pursuant to that rule, any such motion should be filed in this action (*Cohen*), as it is the earlier-filed of the two cases.

IT IS SO ORDERED.

Dated: 8/23/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE