**United States District Court**
For the Northern District of California

**\*\*E-filed 12/1/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBYN COHEN, et al.,

    Plaintiffs,

v.

FACEBOOK, INC.,

    Defendant.

No. C 10-5282 RS

**ORDER DENYING MOTION TO COMPEL PRODUCTION OF BILLING RECORDS AND TAKING MOTION FOR ATTORNEY FEES UNDER SUBMISSION WITHOUT ORAL ARGUMENT**

Plaintiffs' motion to compel production of billing records is denied.[1] In the event the Court concludes Facebook is entitled to recover attorney fees, then if and to the extent that it has failed to present sufficiently detailed information to permit evaluation of the reasonableness of its fee claim, it will either be required to submit additional documentation at that juncture, or any fee award will be adjusted accordingly, as may be appropriate. Pursuant to Civil Local Rule 7-1(b), Facebook's

---

[1] The motion was filed as one for administrative relief under Civil Local Rule 7-11 although plaintiffs' docketed the response and reply deadlines as if it had been brought on full notice, under Rule 7-2. Facebook nevertheless filed a response within the deadline specified in Rule 7-11. The motion seeks substantive relief of a nature not appropriately presented as a motion for administrative relief, and should have been filed as a regularly-noticed motion, with an accompanying motion under Rule 6-3 either to hear it on shortened time, or to continue the underlying attorney fee motion to which it relates. Nevertheless, the motion will be addressed at this juncture.

motion for attorney fees is suitable for disposition without oral argument, and the hearing set for December 15, 2011 is vacated.

IT IS SO ORDERED.

Dated: 12/1/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE